Filing # 194773403 E-Filed 03/25/2024 06:10:22 PM

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

REBECCA SUSAN FINK,

    Plaintiff,

vs.
                                      CASE NO.:
                                      DIVISION:

FERRERO U.S.A., INC., and HOLIDAY
CVS LLC,

    Defendants.
_____/

## COMPLAINT

The Plaintiff, REBECCA SUSAN FINK, by and through her undersigned counsel, sues the

Defendants, FERRERO U.S.A. INC., and HOLIDAY CVS, LLC, and alleges as follows:

1.      This is an action for damages that exceed Fifty Thousand Dollars ($50,000.00),

exclusive of costs and interest and attorneys' fees.

2.      At all times material hereto, the Plaintiff, REBECCA SUSAN FINK, was a resident

of Safety Harbor, Pinellas County, Florida.

3.      At all times material hereto, including on the date of the loss, the Defendant,

FERRERO U.S.A., INC., was a foreign corporation authorized to and doing business in the State of

Florida.

4.      At all times material hereto, including on the date of the loss, the Defendant,

HOLIDAY CVS, LLC., is a Florida limited liability corporation authorized to and doing business in

Florida, with principal offices in Plantation, Broward County, Florida and owned, operated and did

business as HOLIDAY CVS, LLC, and owned and operated the CVS Pharmacy at 2528 N.

McMullen Booth, Clearwater, Pinellas County, Florida, Store No. 3804.

***ELECTRONICALLY FILED 03/25/2024 06:10:17 PM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

5.      On July 22, 2023, the Defendant, HOLIDAY CVS, LLC, was in possession of a building located at 2528 N. McMullen Booth, Clearwater, Pinellas County, Florida, and was in control of the contaminated products located on the subject premises and as such is responsible for the condition of the products it was selling. As such, Defendant, HOLIDAY CVS, LLC, is a resident and citizen of the State of Florida.

6.      On July 22, 2023, the Plaintiff, REBECCA SUSAN FINK, was lawfully on the premises that was owned and operated by Defendant, HOLIDAY CVS, LLC, at the time of the subject incident.

7.      At all times material hereto, including the date of the loss, the Defendant, HOLIDAY CVS, LLC, owned and operated a CVS Pharmacy, which was open to the public at the location where the subject accident occurred at CVS Pharmacy, Store No.: 3804, 2528 N. McMullen Booth Road, Pinellas County, Florida, Store No. 3804.

8.      At all times material hereto, including the date of the loss, the Defendant, FERRERO U.S.A., INC., provided goods and services to Defendant, HOLIDAY CVS, LLC, which was open to the public at the location where the subject accident occurred at CVS Pharmacy, Store No.: 3804, 2528 N. McMullen Booth Road, Pinellas County, Florida.

9.      On July 22, 2023, Plaintiff, REBECCA SUSAN FINK, was a lawful customer and a business invitee on the subject premises at HOLIDAY CVS, LLC, where Defendant, FERRERO U.S.A., INC., was selling goods.

10.     On July 22, 2023, the Plaintiff, REBECCA SUSAN FINK, was lawfully on the subject premises where the incident occurred including, but not limited to, as a business invitee as a customer of the store.

11.     At the aforementioned time and place, Plaintiff, REBECCA SUSAN FINK, was

-2-

injured when she purchased a box of Butterfinger Bites. The subject chocolate candy was contaminated with larva and other foreign debris. As such, the subject condition constituted a hidden and dangerous condition on the property that posed a risk of injury to customers such as the Plaintiff, REBECCA SUSAN FINK, and the Defendants knew or should have known of the dangerous condition with the exercise of reasonable diligence.

12.    The Plaintiff, REBECCA SUSAN FINK, has complied with all conditions precedent to maintain this action.

**COUNT I**
**NEGLIGENCE AGAINST HOLIDAY CVS, LLC**

13.    The Plaintiff, REBECCA SUSAN FINK, realleges and incorporates by reference the allegations in paragraphs 1-12 above as though fully set forth herein.

14.    This is an action for common law negligence against Defendant, HOLIDAY CVS, LLC, a Florida limited liability corporation authorized to and doing business in the State of Florida.

15.    The Defendant, HOLIDAY CVS, LLC, was negligent by the following actions: improperly maintaining the subject premises in a reasonably safe condition, inspecting and maintaining goods to ensure it was safe to consume and that the goods did not pose a hazard to any customers.

16.    Said condition was known or should have been know by the Defendant, HOLIDAY CVS, LLC, to be a dangerous condition.

17.    The Defendant, HOLIDAY CVS, LLC, as the owner and operator of the aforementioned business, owed a duty of care to all business invitees, and any other persons lawfully on the premises, including the Plaintiff, REBECCA SUSAN FINK, herein, to keep the premises and

-3-

its common area free from dangerous or hidden conditions and hazards of which it knew or should have known about.

18.    The Defendant, HOLIDAY CVS, LLC, breached the duty owed to Plaintiff, REBECCA SUSAN FINK, and was careless and negligent by the actions, and failed to protect the public, including the Plaintiff, REBECCA SUSAN FINK.

19.    As a direct and proximate result of the negligence of Defendant, HOLIDAY CVS, LLC, the Plaintiff, REBECCA SUSAN FINK, suffered severe bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity of the enjoyment of life, expense of medical and nursing care.  The losses are either permanent or continuing and the Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, REBECCA SUSAN FINK, demands judgment against the Defendant, HOLIDAY CVS, LLC, for damages in excess of Fifty Thousand Dollars ($50,000.00) and demands the costs of this action, prejudgment interest, post judgment interest and any other damages recoverable under Florida law.

## COUNT II
## NEGLIGENCE AGAINST FERRERO U.S.A., INC.

20.    The Plaintiff, REBECCA SUSAN FINK, realleges and incorporates by reference the allegations in paragraphs 1-12 above as though fully set forth herein.

21.    This is an action for common law negligence against Defendant, FERRERO U.S.A., INC., a foreign corporation authorized to and doing business in the State of Florida.

22.    The Defendant, FERRERO U.S.A., INC., was negligent by the following actions: improperly maintaining and monitoring the manufacturing of their product to ensure it was safe for

-4-

consumption and that it did not pose a hazard to any customer; and failing to warn foreseeable consumers, including the Plaintiff, REBECCA SUSAN FINK, of a dangerous condition.

23.     Said condition was known or should have been known by the Defendant, FERRERO U.S.A., INC., to be a dangerous condition.

24.     The Defendant, FERRERO U.S.A. INC., as a manufacturer and distributor of products to the aforementioned property, owed a duty of care to all business invitees, and any other persons lawfully on the premises, including the Plaintiff herein, to sell products safe for consumption and free from dangerous or hidden conditions of which it knew or should have known about.

25.     The Defendant, FERRERO U.S.A., INC., breached the duty owed to Plaintiff, REBECCA SUSAN FINK, and was careless and negligent by the aforementioned actions, and failed to protect the public, including the Plaintiff, REBECCA SUSAN FINK.

26.     As a direct and proximate result of the negligence of Defendant, FERRERO U.S.A., INC., the Plaintiff, REBECCA SUSAN FINK, suffered severe bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity of the enjoyment of life, expense of medical and nursing care.  The losses are either permanent or continuing and the Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, REBECCA SUSAN FINK demands judgment against the Defendant, FERRERO U.S.A., INC., or damages in excess of Fifty Thousand Dollars ($50,000.00) and demands the costs of this action, prejudgment interest, post judgment interest and any other damages recoverable under Florida law.

### DEMAND FOR JURY TRIAL

Plaintiff, REBECCA SUSAN FINK, demands trial by jury on all issues so triable in this action as to all Defendants.

-5-

Dated: March 25, 2024.

*Ronald D. Barcena*

**RONALD D. BARCENA, ESQUIRE**
Florida Bar No.: 1002913
Primary email:     rbarcena@rywantalvarez.com
Secondary email: mdeleon@rywantalvarez.com
                              service@rywantalvarez.com
Rywant Alvarez Jones Russo & Guyton, P.A.
302 Knights Run Avenue, Suite 1000
Tampa, FL 33602
Phone: (813) 229-7007 / Fax: (813) 223-6544
Attorney for Plaintiff

-6-

4-8-2024                              4A2309DFMQQ0001                              6020240408046315